# United States Court of Appeals
## For the Eighth Circuit
_____

No. 24-1964
_____

United States of America

*Plaintiff - Appellee*

v.

Michael Francis Hamer

*Defendant - Appellant*
_____

Appeal from United States District Court
for the District of Minnesota
_____

Submitted: February 13, 2025
Filed: June 20, 2025
[Unpublished]
_____

Before SMITH, KELLY, and KOBES, Circuit Judges.
_____

PER CURIAM.

A jury convicted Michael Francis Hamer of receipt of child pornography, in violation of 18 U.S.C. § 2252(a)(2) and (b)(1) (Count 1); distribution of child pornography, in violation of 18 U.S.C. § 2252(a)(2) and (b)(1) (Count 2); and two counts of accessing with intent to view child pornography, in violation of 18 U.S.C. § 2252(a)(4)(B) and (b)(2) (Counts 3 and 4). He appeals his convictions, arguing that

(1) the district court[1] abused its discretion in denying his motion to preclude the government from publishing to the jury an excerpt of the child pornography video charged in Count 1, and (2) the evidence at trial was insufficient to find him guilty on the four counts. After careful review of the record and the parties' arguments on appeal, we conclude that the district court did not abuse its discretion in denying his motion and that sufficient evidence exists on all counts. Accordingly, we affirm. *See* 8th Cir. R. 47B.

————————————————

[1]The Honorable Katherine M. Menendez, United States District Judge for the District of Minnesota.